**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Dawn Guba, et al.,                                                                   Case No. 3:13CV592

           Plaintiffs

           v.                                                                              **JUDGMENT ENTRY**

Huron County, Ohio, et al.,

           Defendants

      For the reasons stated in the order filed contemporaneously with this judgment, it is hereby

ORDERED THAT defendants' motion for summary judgment be, and the same hereby is, granted.

      So ordered.

                                                         /s/ James G. Carr
                                                         Sr. U.S. District Judge